UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00271 SBA |
| Plaintiff, | ) ) | ORDER CONTINUING CHANGE OF PLEA, JUDGMENT, AND SENTENCING UNTIL NOVEMBER 1, 2005, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161(h)(1)(i) from July 28, 2005 through November 1, 2005 |
| v. | ) ) ) ) | |
| ANTOINE LEE EVANS, | ) ) | |
| Defendant. | ) ) | |

<u>ORDER</u>

For the reasons set forth in the stipulation,

1. The above-captioned case is continued until November 1, 2005 at 10:00 a.m. for change of plea, judgment, and sentencing.

2. The period between July 28, 2005 and November 1, 2005 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(I), as a delay resulting from consideration by the Court of the proposed binding plea agreement to be entered into by the defendant and the attorney for the government, a copy of which the Court received on July 27, 2005.

IT IS SO ORDERED.

DATED: 7/27/05

/s/ Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge