UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 05-00271 SBA |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA, JUDGMENT, AND SENTENCING |
| v. | ) | UNTIL NOVEMBER 1, 2005, AND |
| | ) | EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT, 18 U.S.C. § |
| ANTOINE LEE EVANS, | ) | 3161(h)(1)(I)&(J) from November 1, 2005 |
| | ) | through December 6, 2005 |
| Defendant. | ) | |

<u>ORDER</u>

For the reasons set forth in the stipulation,

1. The above-captioned case is continued until December 6, 2005 at 10:00 a.m. for change of plea, judgment, and sentencing.

2. The period between November 1, 2005 and December 6, 2005 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(I) & (J), as a delay resulting from consideration by the Court of the proposed binding plea agreement to be entered into by the defendant and the attorney for the government, a copy of which the Court has received.

IT IS SO ORDERED.


DATED: 10/28/05

_Saundra B Armstrong_

SAUNDRA BROWN ARMSTRONG
United States District Judge